UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 APR -5 AM 11: 26

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIL AMADU PETERSON<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of Firearm by a Person Previously Convicted of a Felony)**

1. On or about December 29, 2021, in the Southern District of Ohio, the defendant, **JAMIL AMADU PETERSON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson MP 9 mm pistol, serial number HBA9724, said firearm having been shipped and transported in interstate commerce.

   **In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

**FORFEITURE ALLEGATION**

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in this Indictment, the defendant, **JAMIL AMADU PETERSON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms, and any related ammunition, involved in or used in such offense, including, but not limited to, the following:

    a. A Smith and Wesson MP 9mm pistol, bearing serial number HBA9724, and
    b. Approximately fourteen rounds of 9mm ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL

s/ Grand Jury Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

s/ Brenda S. Shoemaker
**BRENDA S. SHOEMAKER, (0041411)**
**Assistant United States Attorney**

s/ Christopher St. Pierre
**CHRISTOPHER ST. PIERRE**
**Special Assistant United States Attorney**